# In The United States Court of Federal Claims

No. 05-1304C

(Filed: January 24, 2006)

REPUBLIC II APARTMENTS, L.P.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 15, 2005, this matter was assigned to the court's Alternative Dispute Resolution (ADR) pilot program. Accordingly,

1. This proceeding is hereby **STAYED** until 14 days following the completion of the ADR process in the related cases.

2. The parties shall file a joint status report on the progress of the ADR process on or before April 25, 2006, with subsequent reports to follow every 91 days thereafter for the duration of the stay.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge